

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 3, 2025

2024-2335 - FMC Corporation v. Sharda USA, LLC

# NOTICE OF NON-COMPLIANCE

The document (Appendix) submitted by FMC Corporation is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

*Clerk's note: One of the pages (Appx 2622) displays upside-down in the PDF.*

- The table of contents is incomplete. Fed. R. App. P. 30(d) (appendix); Fed. Cir. R. 30(a)(4) (multi-volume appendix); Fed. Cir. R. 30(a)(6) (appendix).

- Extraneous markings and highlighting are not permitted in briefs or appendices beyond what is required by the rules or appeared on filings in the record. Fed. Cir. R. 32(i).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk